## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM MELVIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. _____** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALLY FINANCIAL INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

**EXHIBIT A**

RETURN DATE: DECEMBER 10, 2019 :        SUPERIOR COURT

WILLIAM MELVIN                          :        J.D. OF NEW HAVEN

v.                                      :        AT NEW HAVEN

ALLY FINANCIAL INC.                     :        OCTOBER 24, 2019

## COMPLAINT

FIRST COUNT: VIOLATION OF ARTICLE 9 OF UNIFORM COMMERCIAL CODE

     1.     Plaintiff, William Melvin ("Melvin" or "Plaintiff"); is a natural person and a consumer residing in East Haven, Connecticut.

     2.     Defendant, Ally Financial Inc. ("Ally Financial"), is a Delaware corporation with its headquarters in Detroit, Michigan, that accepts assignment of retail installment contracts from car dealerships.

     3.     On or about July 13, 2017, Melvin entered into a retail installment sales contract (the "Contract") with Cape & Islands Mitsubishi, a car dealership located in Yarmouth, MA, for the purchase of a 2015 Jeep Cherokee Limited (the "Vehicle").

     4.     Cape & Islands Mitsubishi assigned the contract to Ally Financial, to whom Melvin made periodic payments.

5.      In or about July, 2019, the Contract was paid in full, and Ally Financial released its lien on the Vehicle.

6.      On or about August 2, 2019, Ally Financial repossessed the Vehicle.

7.      At the time of repossession, the Contract was paid in full and Plaintiff was not in default under the Contract, and Ally Financial had no right to repossession.

8.      Melvin contacted Ally Financial after the repossession to ascertain why the Vehicle was repossessed and, after several days of waiting for a reply, Ally Financial told him the Vehicle had been repossessed in error.

9.      On or about August 8, 2019, Ally Financial told Melvin that they wanted to return the Vehicle to him but he would need to sign a document to release Ally Financial from liability for the wrongful repossession.

10.     At the time of repossession, Melvin had personal belongings in the Vehicle, which have not been returned, including cash in the amount of $502, rare coins, and a pool stick that had sentimental value.

11.     Ally Financial's conduct in repossessing the Vehicle when Melvin was not in breach constituted a violation of the repossession provisions of Article 9 of the UCC, § 9-601(d), by repossessing the Vehicle when Plaintiff had the full right to ownership and possession.

12.     Ally Financial is liable to Plaintiff for greater of his actual damages or 10% of the amount financed plus the finance charge pursuant to § -9-625(c)(2).

13.     The amount financed under the contract was $40,470.50 and the finance charge was $12,760.75, and Plaintiff is entitled to the greater of his actual damages or $16,807.80.

SECOND COUNT: CONNECTICUT UNFAIR TRADE PRACTICES ACT

1-13.   Plaintiff incorporates paragraphs 1 through 9 of the First Count and paragraph 8 of the Second Count.

14.     The actions of Ally Financial in repossessing the Vehicle when the Contract was not in default and when it had no right to repossession, in requiring Plaintiff to sign a release to retake possession of his Vehicle, and its violations of RISFA and the UCC, constituted unfair and deceptive acts and practices in violation of the Connecticut Unfair Trade Practices Act.

15.     Ally Financial's conduct, as aforesaid, was deceptive and unfair and in violation of CUTPA, and Melvin suffered an ascertainable loss of money and property as a consequence of those violations in that he was deprived of the Vehicle even though he was not in default, he lost his personal property that was in the Vehicle at the time of repossession, and he was required to make payments on a loan that was unrelated to the retail installment sales contract even though he did not have use or possession of the Vehicle.

16.     For Ally's violations of CUTPA, Plaintiff is entitled to actual damages plus a reasonable attorney's fee and, to the extent that Ally Financial's CUTPA violations are deemed willful, in bad faith, or wanton or reckless, he is entitled to punitive damages.

3

WHEREFORE, the Plaintiff claims:

1.   Damages in an amount greater than $15,000;

2.   Attorney's fees and costs;

3.   Punitive damages; and

4.   Such other relief as may apply at law or at equity.


PLAINTIFF, WILLIAM MELVIN

By: _____

Daniel S. Blinn
Consumer Law Group, LLC
35 Cold Spring Rd, Suite 512
Rocky Hill, CT  06067-9997
Tel (860) 571-0408
Fax (860) 571-7457
Juris No. 414047

4

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov



**See other side for instructions**

- ☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- ☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- ☒ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| **235 Church Street, New Haven, CT 06510** | **( 203 )503-6800** | **DECEMBER** 10 , 2 019 <br> Month / Day / Year |

| | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* | Case type code *(See list on page 2)* |
|---|---|---|
| ☒ Judicial District ☐ G.A. No. <br> ☐ Housing Session ☐ Number: | **NEW HAVEN** | Major: **M**   Minor: **90** |

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| **Consumer Law Group, LLC, 35 Cold Spring Road, Suite 512, Rocky Hill, CT 06067** | **414047** |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| **( 860 ) 571-0408** | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* <br> **dblinn@consumerlawgroup.com** |
|---|---|

| Number of Plaintiffs: **1** | Number of Defendants: **1** | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: **Melvin, William** <br> Address: **36 Jardin Drive, East Haven, CT 06513** | P-01 |
| **Additional Plaintiff** | Name: <br> Address: | P-02 |
| **First Defendant** | Name: **Ally Financial Inc., 500 Woodward Avenue, Detroit, MI 48226** <br> Address: **c/o C T Corporation System, Its Agent, 67 Burnside Avenue, East Hartford, CT 06108-3408** | D-01 |
| **Additional Defendant** | Name: <br> Address: | D-02 |
| **Additional Defendant** | Name: <br> Address: | D-03 |
| **Additional Defendant** | Name: <br> Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court <br> ☐ Assistant Clerk | Name of Person Signing at Left <br> **Daniel S. Blinn** | Date signed <br> **10/24/2019** |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. <br> c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *Do not use this form for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
   (b) *Summary Process actions*
   (c) *Applications for change of name*
   (d) *Probate appeals*
   (e) *Administrative appeals*

   (f) *Proceedings pertaining to arbitration*
   (g) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   (h) *Entry and Detainer proceedings*
   (i) *Housing Code Enforcement actions*

---

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description | Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|---|---|---|
| **Contracts** | C 00 | Construction - All other | **Property** | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 90 | All other | | | |
| | | | **Torts (Other than Vehicular)** | T 02 | Defective Premises - Private - Snow or Ice |
| **Eminent Domain** | E 00 | State Highway Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 10 | Redevelopment Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 20 | Other State or Municipal Agencies | | T 12 | Defective Premises - Public - Other |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 20 | Products Liability - Other than Vehicular |
| | E 90 | All other | | T 28 | Malpractice - Medical |
| | | | | T 29 | Malpractice - Legal |
| **Miscellaneous** | M 00 | Injunction | | T 30 | Malpractice - All other |
| | M 10 | Receivership | | T 40 | Assault and Battery |
| | M 20 | Mandamus | | T 50 | Defamation |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| | M 40 | Arbitration | | T 70 | False Arrest |
| | M 50 | Declaratory Judgment | | T 71 | Fire Damage |
| | M 63 | Bar Discipline | | T 90 | All other |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | **Vehicular Torts** | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 68 | Bar Discipline - Inactive Status | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 05 | Motor Vehicles* - Property Damage only |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 83 | Small Claims Transfer to Regular Docket | | V 09 | Motor Vehicle* - All other |
| | M 84 | Foreign Protective Order | | V 10 | Boats |
| | M 90 | All other | | V 20 | Airplanes |
| | | | | V 30 | Railroads |
| **Housing** | H 10 | Housing - Return of Security Deposit | | V 40 | Snowmobiles |
| | H 12 | Housing - Rent and/or Damages | | V 90 | All other |
| | H 40 | Housing - Audita Querela/Injunction | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | H 50 | Housing - Administrative Appeal | | | |
| | H 60 | Housing - Municipal Enforcement | **Wills, Estates and Trusts** | W 10 | Construction of Wills and Trusts |
| | H 90 | Housing - All Other | | W 90 | All other |

JD-CV-1   Rev. 4-16 (Back/Page 2)

STATE OF CONNECTICUT    )

                                     )      SS: HARTFORD      October 30, 2019

COUNTY OF HARTFORD      )


THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, by leaving a true and attested verified copy with and in the hands of Gary Scappinni, at CT Corporation System, 67 Burnside Avenue, East Hartford, CT. Registered Agent for Service, for the within named defendant:

Ally Financial Inc.

500 Woodward Avenue, Detroit, MI 48226

THE WITHIN IS THE ORIGINAL SUMMONS CIVIL, COMPLAINT WITH MY DOINGS HEREON ENDORSED.

FEES:

VERIFIED COPIES:$6.00

ENDORSEMENTS:$0.80

SERVICE:$40.00

TRAVEL:$5.20

ATTEST:

_____

CT STATE MARSHAL

COUNTY OF HARTFORD

TOTAL:$52.00

**Brian R. Wright**

Connecticut State Marshal

45 Wyllys Street, Hartford, CT 06106      860-883-5832