UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM MELVIN, | : | CIVIL ACTION NO.: |
|    Plaintiff | : | 3:19-cv-01891-RNC |
| | : | |
| v. | : | |
| | : | |
| ALLY FINANCIAL INC., | : | APRIL 7, 2020 |
|    Defendant | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, William Melvin, through his attorney, and the defendant, Ally Financial Inc., through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

                        PLAINTIFF, WILLIAM MELVIN,

                        By: /s/ Daniel S. Blinn
                              Daniel S. Blinn (ct02188)
                              dblinn@consumerlawgroup.com
                              Consumer Law Group, LLC
                              35 Cold Spring Rd. Suite 512
                              Rocky Hill, CT  06067
                              Tel. (860) 571-0408
                              Fax (860) 571-7457

40870558

        DEFENDANT, ALLY FINANCIAL INC.

By: /s/ *Ethan G. Ostroff*
      Ethan G. Ostroff (pro hac vice)
      ethan.ostroff@troutman.com
      TROUTMAN SANDERS LLP
      222 Central Park Avenue, Suite 2000
      Virginia Beach, Virginia 23462
      Tel: (757)-687-7541
      Fax: (757-687-1541

## CERTIFICATION

I hereby certify that on this 7th day of April, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             /s/ Daniel S. Blinn
                                            Daniel S. Blinn